UNITED STATES of America, Plaintiff–Appellee

v.

Bertin Oliverez HERNANDEZ, also known as Bertin Olivares, also known as Bertin Oliveres, also known as Bertin Oliverez, also known as Bertin Olivarez–Hernandez, Defendant–Appellant.

No. 13–20191
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Bertin Oliverez Hernandez, Houston, TX, pro se.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Bertin Oliverez Hernandez

published and is not precedent except under

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Oliverez Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.